DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JONATHAN K. LEWIS,**
Appellant,

v.

**POPEYES CHICKEN,**
Appellee.

No. 4D17-3943

[July 5, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE 16-21641.

Jonathan K. Lewis, Fort Lauderdale, pro se.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and FORST, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***